914

in the consideration or decision of this petition. ██

FEBRUARY 18, 1975*

No. 74–58. THOMPSON *v.* THOMPSON. Appeal from Super. Ct. Pa. Motion of appellee for leave to proceed *in forma pauperis* granted. Appeal dismissed for want of substantial federal question.

No. 74–674. ECONOMIC CONSULTANTS, INC., DBA E–C TAPE SERVICE, INC., ET AL. *v.* MERCURY RECORD PRODUCTIONS, INC., ET AL. Appeal from Sup. Ct. Wis. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–777. KELLAR ET UX. *v.* WESTERN CAB CO. ET AL. Appeal from Sup. Ct. Nev. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date, with the exception of the following:

No. 74–100, *Garner* v. *United States, infra*, p. 923; No. 74–454, *Procunier* v. *Valrie, infra*, p. 938; No. 74–718, *Village of Burnsville* v. *Onischuk, infra*, p. 916; No. 74–719, *Neale* v. *Hayduk, infra*, p. 915; No. 74–730, *Roemer* v. *Board of Public Works of Maryland, infra*, p. 922; No. 74–5182, *Zamorano* v. *Illinois, infra*, p. 924; No. 74–5330, *Manuri* v. *California, infra*, p. 924; No. 74–5363, *Fulford* v. *Louisiana, infra*, p. 924; No. 74–5390, *Muse* v. *Gunn, infra*, p. 924; No. 74–5446, *Richards* v. *United States, infra*, p. 924; No. 74–5453, *Stagakis* v. *United States, infra*, p. 924; No. 74–5454, *Thornton* v. *United States, infra*, p. 924; No. 74–5497, *Duggan* v. *Brown, infra*, p. 916.